**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JANE DOE, MOTHER AND NEXT BEST FRIEND OF SALLY DOE, a minor, and JANE DOE, Individually, | )<br>)<br>)<br>) | Case No. _____ |
| Plaintiffs, | )<br>) | |
| | ) | **NOTICE OF REMOVAL** |
| v. | ) | **OF CIVIL ACTION AND** |
| | ) | **REQUEST FOR PLACE OF TRIAL** |
| WYATT SHAFER and KAREN DOE (exact identity unknown), CITY OF LINCOLN, NEBRASKA POLICE OFFICERS, in their Individual capacities, | )<br>)<br>)<br>) | |
| | )<br>) | |
| Defendants. | )<br>) | |

Defendant Wyatt Shafer ("Shafer"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby

files this Notice of Removal of Case No. CI 26-864 pending in the District Court for Lancaster

County, Nebraska, to this Court.  In support of removal, Shafer states as follows:

REMOVAL

1.     This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). On March 11, 2026,

Plaintiffs' Complaint was filed in the District Court for Lancaster County, Nebraska. Summons and

Complaint were served on Shafer by certified mail on March 17, 2026, which is within thirty (30)

days of the filing of this Notice of Removal.

2.     A copy of all process, pleadings, and other documents in the state court action is

attached as Exhibit A.

3.     This Court has original jurisdiction over this action under 28 U.S.C. § 1331, as

Plaintiffs allege Defendants violated rights guaranteed to Plaintiffs under the United States

Constitution and 42 U.S.C. § 1983.

1

4.     Pursuant to 28 U.S.C. § 1446(b)(2)(A), Shafer states that he is the only defendant who has been properly joined and served so that the consent of any other defendant for removal is not necessary.

5.     By removing this action to this Court, Shafer does not waive any defenses and expressly reserves the right to assert all such defenses in his responsive pleading.

6.     A true and correct copy of this Notice will be filed with the Clerk of the District Court for Lancaster County, Nebraska.

7.     For the foregoing reasons, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, and this action is properly removed pursuant to 28 U.S.C. § 1446.

REQUEST FOR PLACE OF TRIAL

8.     Shafer requests trial in Lincoln, Nebraska.

WHEREFORE, Shafer prays that this Notice of Removal be filed; that this action, Case No. CI 26-864 pending in the District Court for Lancaster County, Nebraska, be removed to and proceed in this Court; and that no further proceedings be had in this case in the District Court for Lancaster County, Nebraska, and for such other and further relief as the Court deems just.

Dated this 14th day of April, 2026.

2

WYATT SHAFER, Defendant

YOHANCE L. CHRISTIE, #24271
CITY ATTORNEY

By: */s/ Tyler K. Spahn*
TYLER K. SPAHN, #25308
NICHOLAS T. BUSSEY, #25211
ASSISTANT CITY ATTORNEYS
CITY OF LINCOLN – LAW DEPARTMENT
555 South 10th Street | Suite 300
Lincoln, NE 68508
Phone: 402-441-6875
tspahn@lincoln.ne.gov
nbussey@lincoln.ne.gov

COUNSEL FOR DEFENDANT
WYATT SHAFER

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system. I further certify that I sent a true and accurate copy of the foregoing Notice of Removal via email to:

Kathleen M. Neary
411 S. 13th Street, Suite 300
Lincoln, NE 68501
kathleen@vpowerslaw.com
*Attorney for Plaintiffs*

By: */s/ Tyler K. Spahn*
TYLER K. SPAHN, #25308

3

Filed in Lancaster District Court
\*\*\* EFILED \*\*\*
Case Number: D02CI260000864
Transaction ID: 0024700957
Filing Date: 03/11/2026 04:56:01 PM CDT

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | | |
|---|---|---|
| JANE DOE, MOTHER AND NEXT BEST FRIEND OF SALLY DOE, a minor, and JANE DOE, Individually, | ) ) ) ) ) | CASE NO. CI |
| | ) | COMPLAINT and |
| Plaintiffs, | ) | DEMAND FOR JURY TRIAL |
| v. | ) ) | |
| WYATT SHAFER and KAREN DOE (exact identity unknown), CITY OF LINCOLN, NEBRASKA POLICE OFFICERS, in their Individual capacities, | ) ) ) ) ) ) | |
| Defendants. | ) | |

COMES NOW Jane Doe, individually, and as the mother and next best friend of Sally Doe, a minor, and for their causes of action against the Defendants, state as follows:

1.      At all times relevant, Jane Doe was a resident of Lancaster County, Nebraska and is the mother of Sally Doe, a minor whose date of birth is December 2, 2009.

2.      The Plaintiffs bring this action under pseudonyms as Sally Doe is a minor child and confidentiality is necessary as the Plaintiffs fear further harassment or retribution if their true identities are revealed.

3.      Upon information and belief, Defendant Wyatt Shafer is a resident of Lancaster County, Nebraska and at all times alleged herein was employed with the City of Lincoln, Nebraska as a Police Officer.

4.      At the time of events alleged herein, Defendant Wyatt Shafer was acting in the scope and course of his employment with the City of Lincoln, Nebraska and was acting under color of state law.

5.      Upon information and belief, Defendant Karen Doe is a resident of Lancaster County, Nebraska and at all times alleged herein was employed by the City of Lincoln, Nebraska as a Police Officer.   Although her true identity is



unknown at this time, it will be revealed in discovery, and an amended complaint will be filed.

6.     At the time of the events alleged herein, Defendant Karen Doe was acting in the scope and course of her employment with the City of Lincoln, Nebraska and was acting under color of state law.

7.     At all times alleges herein, Plaintiffs allege that the Defendants acted under color of state law and the alleged wrongful conduct described herein deprived the Plaintiff Sally Doe of her constitutionally protected right to be free from excessive force, unlawful seizure, arrest, and detention in violation of the Fourth and Fourteenth Amendments of the United States Constitution as pled under 42 U.S.C. Section 1983.

8.     Venue is proper pursuant to Neb. Rev. Stat. § 25-403.01 because all parties reside in Lancaster County and the cause of action arose in Lancaster County.  Jurisdiction is proper pursuant to Neb. Rev. Stat. § 24-302.

9.     On or about April 18, 2023, the minor, Sally Doe, was walking with a friend in her neighborhood, which is situated near a park in Lincoln, Lancaster County, Nebraska.  Another minor girl, who was in the vicinity of Sally Doe and her friend, started throwing wood chips at Sally Doe.  As Sally Doe and her friend walked away, the other girl followed them and continued to harass and throw wood chips at them.

10.     Upon information and belief, an unknown individual called the Lincoln Police Department.  Defendants Wyatt Shafer and Karen Doe, both LPD police officers, who were acting in the scope and course of their employment with the City of Lincoln, Nebraska, and under color of state law, reported to the scene.

11.     Upon their arrival at the park, the Defendant police officers began yelling at the minor Sally Doe.  Without provocation, legal justification, or a reasonable cause or suspicion to believe that she had a committed a crime or posed a risk or threat of harm to herself or others, the Defendants violently grabbed Sally Doe, threw her to the ground with great force, handcuffed her arms behind her back, violently pulled her up from the ground while handcuffed, and forcefully dragged her to the police vehicle.

12.     As Sally Doe was being taken to the police car with her hands cuffed behind her back and her arm raised out to her side in a highly unusual and painful position by Defendant Shafer, bystanders told the Defendants that Sally Doe was a minor.  The Defendants ignored that fact and forcefully put her in the backseat of the LPD vehicle.

13.    As Sally Doe sat in the back of the police vehicle, her mother, Jane Doe, arrived at the scene and requested that Defendants release her daughter from their custody. The Defendants refused to do so and transported Sally Doe to Cedars Home in Lincoln, Nebraska.

14.    At all times alleged, minor Sally Doe had a constitutional right to be free from excessive force, unlawful seizure, arrest, and detention.

15.    The constitutional rights of the Plaintiff Sally Doe were clearly established at the time of the events described herein.

16.    The seizure, arrest, and detention of Sally Doe as well as the transport of Sally Doe to Cedars was against her will, and without the consent of her mother, Jane Doe, and deprived Sally Doe of her constitutional right of freedom, liberty, movement, and protection against unlawful seizure, arrest, and detention and the use of excessive force in her seizure, arrest and detention.

17.    At all times alleged herein, minor Sally Doe acted in a legal and peaceful manner and did not pose a risk or threat of harm to herself, others or property.

18.    The Defendants' conduct was egregious, outrageous, and shocks the conscience of the community, constitutes excessive force, unreasonable seizure, false arrest, and detention, all in violation of the Fourth and Fourteenth Amendment of the United States Constitution.

19.    On or about April 20, 2023, due to the heinous nature of the Defendants' conduct, Plaintiff Jane Doe filed a complaint with LPD alleging excessive force and officer misconduct regarding the April 18, 2023 incident as described above.

20.    On or about June 22, 2023, then Lincoln Police Chief, Teresa Ewins, informed the Plaintiff Jane Doe via a letter that LPD had investigated her allegations of excessive force and officer misconduct regarding the April 18, 2023 incident.

21.    In her letter to Plaintiff Jane Doe, Chief Ewins stated:

"The information you provided, police reports, officer statements and body camera video were all reviewed.  This investigation determined violations of the Lincoln Police Department's policies and procedures occurred.  These violations were not consistent with the standards of conduct for the Lincoln Police Department, and as such, appropriate disciplinary action has been taken.  This matter is considered closed."

22. While Defendants may allege that their conduct was reasonable under the circumstances, did not constitute excessive force, and was consistent with LPD policies, Chief of Police Ewins' investigation and conclusions do not support those allegations; to the contrary, Chief Ewins' investigation concluded that Defendants' conduct violated LPD policies, procedures, and standard of conduct.

23. At all times alleged, Defendants used objectively unreasonable excessive force in the arrest of Sally Doe. Defendants violated Sally Doe's constitutional right of freedom, liberty, and movement when they unlawfully seized, arrested, and detained Sally Doe. Defendants acted without a warrant and absent reasonable suspicion or cause to believe that Sally Doe had committed a violation of law.

24. As a proximate cause of the Defendants' unlawful conduct, Sally Doe suffered physical and mental health injuries, some or all of which may be permanent, including, but not limited to injuries to her neck, thoracic, lumbar, and pelvic regions, and bruising to her left forearm and wrist and right wrist.

25. Plaintiff Sally Doe's injuries required medical treatment. Plaintiff Jane Doe incurred medical bills for the treatment provided to her minor daughter as a result of the Defendants' unlawful conduct. To date, medical expenses incurred by Plaintiff Jane Doe for treatment received by her minor daughter total approximately $7,252.00 ($6,437.00 to Belmont Chiropractic Clinic and $815.00 to Heartland Urgent Care).

26. As a proximate result of the actions of the Defendants, Plaintiff Sally Doe suffered past, present and future physical pain, mental suffering, mental anguish, inconvenience, humiliation, physical and mental disability, and disfigurement.

## COUNT I

Plaintiffs incorporate paragraphs 1 through 26 as set forth above.

27. By using excessive force against Plaintiff Sally Doe and by being deliberately indifferent to her clearly established constitutionally protected rights, Defendants violated the Fourth and Fourteenth Amendments to the United States Constitution as brought through 42 U.S.C. Section 1983.

28. Plaintiff Sally Doe has suffered past, present, and future physical pain, humiliation, inconvenience, physical and mental disability and disfigurement, and mental suffering.

29. Plaintiff Jane Doe has incurred medical bills on her daughter's behalf which were necessitated by the Defendants' unlawful conduct. Future medical bills may be incurred for treatment necessitated by the Defendants' unlawful conduct.

30. The individually named Defendants are liable for punitive damages to Plaintiff due to their willful and wanton disregard and deliberate indifference to Plaintiff Sally Doe's clearly established constitutional rights.

COUNT II

Plaintiffs incorporate paragraphs 1 through 30 as set forth above.

31. Defendants violated Plaintiff Sally Doe's clearly established constitutionally protected rights arising under the Fourth and Fourteenth Amendments to the United States Constitution and brought through 42 U.S.C. Section 1983 by subjecting her to unlawful seizure, arrest and detention.

32. Plaintiff Sally Doe has suffered past, present, and future physical pain, humiliation, inconvenience, physical and mental disability and disfigurement, and mental suffering.

33. Plaintiff Jane Doe has incurred medical bills on her daughter's behalf which were necessitated by the Defendants' unlawful conduct. Future medical bills may be incurred for treatment necessitated by the Defendants' unlawful conduct.

34. The Defendants are liable for punitive damages to Plaintiff due to their willful and wanton disregard and deliberate indifference to Plaintiff Sally Doe's clearly established constitutional rights.

WHEREFORE, Plaintiffs seeks judgment against the Defendants in an amount which will fairly and justly compensate them for the general and special damages incurred and sustained, punitive damages due to the Defendants' willful or reckless misconduct, together with costs of this action, reasonable attorneys' fees, all other damages allowed under law, and all other relief that the Court deems just to remedy the harms suffered by the Plaintiffs.

FOR:   Plaintiffs Jane Doe and Sally Doe

By:   s/Kathleen M. Neary                              
       Kathleen M. Neary #20212
       POWERS LAW
       411 South 13th Street, Suite 300
       Lincoln, NE 68508
       (402) 474-8000
       kathleen@vpowerslaw.com

## DEMAND FOR JURY

Plaintiffs request trial by jury in Lincoln, Lancaster County, Nebraska.

       s/Kathleen M. Neary                              
       Kathleen M. Neary #20212

Filed in Lancaster District Court
*** EFILED ***
Case Number: D02CI260000864
Transaction ID: 0024700957
Filing Date: 03/11/2026 04:56:01 PM CDT

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | | |
|---|---|---|
| JANE DOE, MOTHER AND | ) | CASE NO. CI |
| NEXT BEST FRIEND OF | ) | |
| SALLY DOE, a minor, and JANE | ) | |
| DOE, Individually, | ) | PRAECIPE |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| WYATT SHAFER and KAREN | ) | |
| DOE (exact identity unknown), | ) | |
| CITY OF LINCOLN, NEBRASKA | ) | |
| POLICE OFFICERS, in their | ) | |
| Individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF THE DISTRICT COURT:

Please issue summons for service of the complaint upon the Defendant Wyatt Shafer, via certified mail, return receipt requested, as follows:

Wyatt Shafer
Lincoln Police Department
575 South 10th Street
Lincoln, NE  68508

Please email the issued summons to the undersigned attorney.

FOR:   Plaintiffs Jane Doe and Sally Doe

By:     s/Kathleen M. Neary_____
         Kathleen M. Neary #20212
         POWERS LAW
         411 South 13th Street, Suite 300
         Lincoln, NE 68508
         (402) 474-8000
         kathleen@vpowerslaw.com

Image ID:
D00773803D02

**SUMMONS**

Doc. No.    773803

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln            NE 68508


Mother of Sally Doe Jane Doe v. Wyatt Shafer

Case ID: CI 26      864


TO:  Wyatt Shafer

**FILED BY**

Clerk of the Lancaster District Court
03/12/2026

You have been sued by the following plaintiff(s):

    Mother of Sally Doe Jane Doe        Individually Jane Doe


Plaintiff's Attorney:    Kathleen M Neary
Address:                 411 S 13th St Ste 300
                         P.O. 84936
                         Lincoln, NE 68501-4936
Telephone:               (402) 474-8000

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who
are not attorneys and representing themselves to provide their email address to
the court in order to receive notice by email from the court about the case.
Complete and return the attached form to the court if representing yourself.
This document is not the same as a response to the lawsuit which must be filed
as a separate document.


Date: MARCH 12, 2026      BY THE COURT: _____
                                              Clerk


COURT COPY


Page 1 of 2

Image ID:
D00773803D02

**SUMMONS**

Doc. No.    773803

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Wyatt Shafer
        575 South 10th Street
        Lincoln Police Department
        Lincoln, NE 68508

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

COURT COPY

Page 2 of 2

| SERVICE RETURN | Doc. No. 773803 |

LANCASTER DISTRICT COURT
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln          NE 68508

To:
Case ID: CI 26     864 Jane Doe v. Shafer

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons
upon the party:
_____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $ _____

Copy                         _____

Mileage ____miles         _____

    TOTAL          $ _____

Date: _____     BY: _____
                                        (Sheriff or authorized person)

# CERTIFIED MAIL
# PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                         _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Wyatt Shafer                    From: Kathleen M Neary
    575 South 10th Street                 411 S 13th St Ste 300
    Lincoln Police Department             P.O. 84936
    Lincoln, NE 68508                     Lincoln, NE 68501-4936

        COURT COPY

ATTACH RETURN RECEIPT & RETURN TO COURT

Filed in Lancaster District Court
*** EFILED ***
Case Number: D02CI260000864
Transaction ID: 0024742444
Filing Date: 03/20/2026 08:57:18 AM CDT

## SERVICE RETURN

LANCASTER DISTRICT COURT
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln            NE 68508

To:
Case ID: CI 26     864 Jane Doe v. Shafer

Received this Summons on _____     I hereby certify that on _____



1. Article Addressed to:

Lincoln Police Department
Attn: Ofc Wyatt Shafer
575 S. 10th St
Lincoln, NE 68508

9590 9402 8440 3156 4202 87

2. Article Number (Transfer from service label)
9589 0710 5270 0677 8301 67

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

(Sheriff or authorized person)

### CERTIFIED MAIL
### PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Wyatt Shafer

At the following address: Lincoln Police Department
575 S. 10th St
Lincoln, NE 68508

on the 12 day of March 2026, as required by Nebraska state law.

Postage $ 10.73   Attorney for: Plaintiffs

The return receipt for mailing to the party was signed on March 17, 2026.

To: Wyatt Shafer
575 South 10th Street
Lincoln Police Department
Lincoln, NE 68508

From: Kathleen M Neary
411 S 13th St Ste 300
P.O. 84936
Lincoln, NE 68501-4936

## ATTACH RETURN RECEIPT & RETURN TO COURT

# Certificate of Service

I hereby certify that on Friday, March 20, 2026 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Signature: /s/ Neary,Kathleen,M (Bar Number: 20212)